# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2008

137288

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re AARON DOUGLAS SMITH, CHELSEA MARIE SMITH, and JULIE ANN SMITH, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
     Petitioner-Appellee,

v

SC: 137288
COA: 283285
Oakland CC Family Division:
05-712404-NA

MELANIE ANN SMITH,
     Respondent-Appellant,

and

WAYNE DOUGLAS SMITH, JR.,
     Respondent.

_____/

On order of the Court, the application for leave to appeal the August 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2008

_____
Clerk

s0923